In the Matter of GEORGE J. GILLESPIE et al., Constituting the Board of Water Supply of the City of New York, Appellant, to Acquire Real Estate in the Counties of Sullivan and Ulster for the Purpose of Providing an Additional Supply of Water for the City of New York.

CENTRAL HUDSON GAS & ELECTRIC CORPORATION, Respondent.

Argued March 2, 1942; decided April 16, 1942.

*William C. Chanler, Corporation Counsel (Richard H. Burke, Paxton Blair* and *John E. Egan* of counsel), for appellants.

*R. L. von Bernuth* and *D. L. Bugg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.